# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:21-cr-59-GAP-DCI**

**WHAYNAME FERDILUS**

## ORDER

This cause comes before the Court for determination of Defendant's competency to proceed in the defense of his case. This matter was previously referred to the United States Magistrate Judge, who issued a Report and Recommendation (Doc. 54) recommending that the defendant be found competent to proceed in this case. No objections to the Report and Recommendation have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation (Doc. 54) is **CONFIRMED** and **ADOPTED** as part of this order.

2. The Court finds the defendant, Whayname Ferdilus, competent to proceed in the defense of his case.

3. The Government shall file a speedy trial calculation by September 26, 2022, after which this case will be set for trial and status conference.

**DONE** and **ORDERED** in Orlando, Florida on September 19, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant