UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 6:21-cr-59-GAP-DCI

WHAYNAME FERDILUS
_____

1. What is the legal definition of "intent"?
2. Need to rewatch Exhibit ④.
3. Need to rewatch detective interview, which is either exhibit 7, ⑩ or 11.
4. Need transcript of victim's testimony - None

Requested 12:31 PM, 1/18/23